UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 07-145-ESH |
|  | : |  |
|  | : | VIOLATIONS: |
| v. | : |  |
|  | : | Count One: |
|  | : | 26 U.S.C. § 7201 |
|  | : | (Tax Evasion) |
| ITALIA FEDERICI, | : |  |
|  | : | Count Two: |
| Defendant. | : | 18 U.S.C. § 1505 |
|  | : | (Obstruction of U.S. Senate Proceedings) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel will appear in this proceeding on behalf of the Defendant, Italia Federici.

Respectfully submitted,

_____
Jonathan Rosen (Bar No. 503006)
Noam B. Fischman (Bar No. 469397)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 434-7300 (phone)
(202) 434-7400 (facsimile)

*Counsel for Italia Federici*

4063667v.1

## CERTIFICATE OF SERVICE

    I, Noam B. Fischman, hereby certify that a true copy of this document was served on all counsel of record by the CM/ECF system

_____
Noam B. Fischman

4063667v.1