UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States
Plaintiff,

v.

Italia Federici
Defendant.

) Criminal Action No. 07-145
) (ESH)

## SENTENCING SCHEDULING ORDER

It is this __8__ day of __June__,

**ORDERED** that the sentencing in this matter be set for __November 16 at 1:00 a.m.__; and it is further

**ORDERED** that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties 45 days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer ten (10) days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final presentence investigation report ten (10) days after the parties have submitted their objections; and it is further

**ORDERED** that the ~~parties~~ government will file any memoranda in aid of sentencing with the court ten (10) days after the final version of the presentence report is disclosed by the probation officer, with ~~responses thereto~~ defendant's response due five (5) days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

**SO ORDERED.**

_Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge