**FILED**

**JUN 0 8 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
: CASE NO.: 07-145 (ESH)
v. :
:
ITALIA FEDERICI, :
:
Defendant. :

## WAIVER OF INDICTMENT

I, Italia Federici, the above-named defendant, who is accused of Tax Evasion in violation of Title 26, United States Code, Section 7201, and Obstruction of United States Senate Proceedings in violation of Title 18, United States Code, Section 1505, having been advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on June 8, 2007, prosecution by Indictment and consent that the proceeding may be by Information rather than Indictment.

_____
Italia Federici
Defendant

_____
Counsel for Defendant
Jonathan N. Rosen, Esq.
Noam B. Fischman, Esq.
Mintz Levin Cohn Ferris Glovsky
   and Popeo PC

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge