U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED

JUN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA        :

      v.        :

Italia Federici,        :        Case No. 07-145 (ESH)
    Defendant.        :

                      :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __8th__ day of __June, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied ~~xx~~ __by June 25, 2007__ by __Special Agents of the FBI, DOI/OIG, IRS-CI__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                          _/s/ E. S. Huvelle_
                                          Judge (U.S. Magistrate)
                                          Hon. Ellen Segal Huvelle, U.S.D.J.

Court
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80