UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 07-145-ESH |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | Count One: |
| | : | 26 U.S.C. § 7201 |
| | : | (Tax Evasion) |
| ITALIA FEDERICI, | : | |
| | : | Count Two: |
| Defendant. | : | 18 U.S.C. § 1505 |
| | : | (Obstruction of U.S. Senate Proceedings) |

**UNOPPOSED MOTION TO LIFT TRAVEL RESTRICTIONS PLACED UPON MS. FEDERICI AS A PART OF THE CONDITIONS OF HER RELEASE**

Defendant, Italia Federici, by and through undersigned and with the consent of the Government, hereby seeks an order from the Court removing the restrictions placed upon her, as a part of the conditions of her release, preventing Ms. Federici from leaving the Metropolitan area of the District of Columbia.

In further support of this Motion, Ms. Federici states as follows:

1. On June 8, 2007, Ms. Federici pleaded guilty to one Count of Tax Evasion and one Count of Obstruction of a United States Senate Proceeding.

2. During the plea hearing on June 8, 2007, the Court ordered that Ms. Federici be released on her own personal recognizance pending a sentencing hearing on November 16, 2007.

3. The Court placed certain conditions of release on Ms. Federici. Among these conditions, Ms. Federici is required to remain, "within the D.C. area." The Government consented to these conditions of release.

4. Since June 8, 2007, Ms. Federici has complied with all of the terms and conditions of her release.

5. In the two months leading up to her sentencing, Ms. Federici would like to travel from the metropolitan D.C. area to visit with family and to tend to personal matters outside of this metropolitan area. In lieu of seeking Government consent to and Court approval of each trip, Ms. Federici respectfully requests that the Court remove the travel restriction from her conditions of release.

6. Undersigned counsel contacted Mr. Raman, counsel for the United States, about the content of this Motion. Mr. Raman inquired of the various Government agencies involved (*i.e.*, Public Integrity/Criminal Division, Northern Criminal Enforcement Section/Tax Division, and the Office of the Inspector General for the Department of the Interior) and learned that no prosecutor or law enforcement agent from these agencies who is working on this case has an objection to the request.

WHEREFORE, for these reasons, and for any other reasons that the Court deems just, proper, and equitable, Ms. Federici respectfully requests that the Court remove the travel restriction from the conditions of her release.

Respectfully submitted,

  /s/     Noam B. Fischman
Jonathan Rosen (Bar No. 503006)
Noam B. Fischman (Bar No. 469397)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 434-7300 (phone)
(202) 434-7400 (facsimile)

*Counsel for Italia Federici*

2

**CERTIFICATE OF SERVICE**

     I, Noam B. Fischman, hereby certify that on this the 17th day of September, 2007, a true copy of this document was served on all counsel of record by the CM/ECF system

                                                     /s/   Noam B. Fischman
                                                  Noam B. Fischman

4140190v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 07-145-ESH |
|  | : |  |
|  | : | VIOLATIONS: |
|  | : |  |
| v. | : | Count One: |
|  | : | 26 U.S.C. § 7201 |
|  | : | (Tax Evasion) |
| ITALIA FEDERICI, | : |  |
|  | : | Count Two: |
| Defendant. | : | 18 U.S.C. § 1505 |
|  | : | (Obstruction of U.S. Senate Proceedings) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO LIFT TRAVEL RESTRICTIONS PLACED UPON MS. FEDERICI AS A PART OF THE CONDITIONS OF HER RELEASE**

Having considered Ms. Federici's Unopposed Motion to Lift Travel Restrictions ("Motion"), and considering Ms. Federici's compliance with the terms and conditions of release imposed by this Court at the plea hearing held on June 8, 2007, and further considering the fact that the United States does not oppose the relief sought in the Motion:

It is hereby **ORDERED** that the travel restrictions placed upon Ms. Federici in the terms and conditions of her release pending sentencing are hereby removed. All other terms and conditions of Ms. Federici's release shall remain in full force and effect.

_____
The Honorable Ellen S. Huvelle
United States District Court
for the District of Columbia

4143639v.1