UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number: 07-145-ESH |
| | VIOLATIONS: |
| v. | Count One: |
| | 26 U.S.C. § 7201 |
| | (Tax Evasion) |
| ITALIA FEDERICI, | Count Two: |
| Defendant. | 18 U.S.C. § 1505 |
| | (Obstruction of U.S. Senate Proceedings) |

FILED
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO LIFT TRAVEL RESTRICTIONS PLACED UPON MS. FEDERICI AS A PART OF THE CONDITIONS OF HER RELEASE

Having considered Ms. Federici's Unopposed Motion to Lift Travel Restrictions ("Motion"), and considering Ms. Federici's compliance with the terms and conditions of release imposed by this Court at the plea hearing held on June 8, 2007, and further considering the fact that the United States does not oppose the relief sought in the Motion:

It is hereby **ORDERED** that the travel restrictions placed upon Ms. Federici in the terms and conditions of her release pending sentencing are hereby removed. All other terms and conditions of Ms. Federici's release shall remain in full force and effect.

Ellen S Huvelle
The Honorable Ellen S. Huvelle
United States District Court
for the District of Columbia

9/19/07

4143639v.1