PROB 12B-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

FILED

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Italia Federici**                                  Docket No.: **CR 07-145-01**

### REQUEST FOR COURSE OF ACTION
(Hearing to Modify Conditions)

COMES NOW   **Pasquinucci S. Miller**  , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Italia Federici**, who was placed on Probation by the Honorable Ellen Segal Huvelle, United States District Judge, sitting in the Court at Washington, D.C., on the **14th** day of **December**, **2007**, who fixed the period of Probation at Four years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. The defendant shall pay a $200.00 special assessment;

2. The defendant shall pay restitution of $77,243.00, at a rate to be determined by the Probation Office;

3. The defendant shall submit to DNA collection at the direction of the Probation Office;

4. The defendant shall provide the Probation Office with her income tax returns, authorization for release of credit information, and any other business or financial information;

5. The defendant shall participate in a mental health treatment program;

6. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit;

7. The defendant shall not possess, have under her control, or have access to any firearm;

8. The defendant shall reside in, and observe the rules of a community corrections center for two months.

On December 14, 2007, Italia Federici appeared before Your Honor and was sentenced to four years probation, after pleading guilty to Tax Evasion and Obstruction of U.S. Senate Proceedings. Supervision commenced on December 14, 2007, and is scheduled to expire on December 13, 2011.

Federici, Italia
Docket No.: CR 07-145-01
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Because the psychiatrist, United States Probation Officer Phillips, and the undersigned are in agreement, we are recommending that placement in the CCC be held in abeyance until further order of the Court.

Pursuant to Rule 32.1 of Title 18, the United States Attorney's Office has been notified and opposes the proposed modification.

Respectfully submitted,

Pasquinucci S. Miller
United States Probation Officer
(202) 565-1413


Approved By: _____
Ervin D. Bell, Supervising
United States Probation Officer




PRAYING THE COURT WILL hold the Community Corrections special condition in abeyance until further order of the Court.

_____
Ellen Segal Huvelle
United States District Judge


_____
Date