UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Italia Federici**                                    Docket No.: **CR-07-145-01**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL hold the Community Corrections special condition in abeyance until further order of the Court. *Please keep me informed of Ms. Federici's progress. If necessary, we will hold a status at some future date*

### ORDER OF COURT

Considered and ordered this ____25____ day of __March__, 2008.

_____Ellen S Huvelle_____
Ellen Segal Huvelle
United States District Judge