**FILED**

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF COLUMBIA

AUG 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Italia Federici**                    Docket No.: **1:07:CR145-01**

---

The Court may enter a minute order for any of the following options:

Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

　　　　☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ＿＿＿＿Hearing on Violation or ＿＿＿＿Modification Hearing with Voluntary appearance

　　　☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

_Ellen S Huvelle_

Ellen Segal Huvelle
United States District Judge

_8/4/08_
Date